IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: June 26, 2013 |
| Court Reporter: Kara Spitler | Probation: Justine Kozak |
| Interpreter: Dave Roberts | |

Criminal Action No. 12-cr-00169-RBJ-8

*Parties*:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRESCENCIO FELIPE CASTRO
NIEBLAS,

    Defendant.

*Counsel*:

Barbara Skalla

Scott Reisch

# SENTENCING MINUTES

**Court in session:**   1:23 p.m.

Appearances of counsel.

Defendant is present in custody.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on March 26, 2013 to Count One of the Superseding Indictment.

**ORDERED:** Motion for a Downward Variance from Advisory Guidelines Range Sentence [399] is GRANTED.

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5k1.1 AND 21 U.S.C. § 3553(e) [412] is GRANTED.

**ORDERED:** Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [413] is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **60 months .**

Court RECOMMENDS that defendant receive credit for **415 days** spent in custody.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **two (2) years .**

**ORDERED:** **Conditions** of Supervised Release that:
(**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

**ORDERED:** **Special Condition** of Supervised Release that:
(**X**)   If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**      2:01 p.m.

Hearing concluded.

Total time:   00:38